# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATEHOLDERS OF EMC MORTGAGE LOAN TRUST 2005-B, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-B,<br>             Plaintiff<br>    v.<br><br>TIMOTHY L. MARTIN, MARY ELLEN MARTIN and FIRST AMERICAN TITLE INSURANCE COMPANY,<br>             Defendants | CIVIL ACTION NO. 1:12-CV-544 |

## **ORDER**

AND NOW, this 17th day of April, 2012, upon consideration of plaintiff's motion (Doc. 5) to amend the caption to correct scrivener's error, it is hereby ORDERED that said motion is GRANTED. The Clerk shall amend the caption of the case as set forth above.

      S/ Christopher C. Conner  
      CHRISTOPHER C. CONNER  
      United States District Judge